# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05CV464-C

| | |
|---|---|
| HENRY LOUIS WALLACE,              )<br>       Petitioner,              )<br>                                                  )<br>v.                                                )<br>                                                  )<br>MARVIN POLK, Warden,          )<br>Central Prison                              )<br>Raleigh, North Carolina              )<br>       Respondent.            )<br>_____)| ORDER |

This matter is before the Court pursuant to Rule 5 of the Federal Rules of Procedure governing proceedings under 28 U.S.C. § 2254. Petitioner filed a Petition for Writ of Habeas Corpus in this Court on November 8, 2005. [Doc. 1]

IT IS HEREBY ORDERED THAT Respondent file an Answer to the Petition no later than 30 days from the date of entry of this Order. IT IS FURTHER ORDERED THAT the Clerk's office provide Respondent with a copy of the Petition.

Signed: February 6, 2006

Robert J. Conrad, Jr.
United States District Judge