# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Henry Louis Wallace,

       Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                                3:05cv464

Warden Marvin Polk,

       Respondent.

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/5/2008 Order.

Signed: May 6, 2008

Frank G. Johns, Clerk
United States District Court